IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, a non-profit organization; ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; and COUNCIL ON WILDLIFE AND FISH , a non-profit organization,<br><br>    Plaintiffs,<br><br>vs.<br><br>EMILY PLATT, in her official capacity as Forest Supervisor for the Helena-Lewis and Clark National Forest; TOM SCHULTZ, in his official capacity as Chief of the U.S. Forest Service; the UNITED STATES FOREST SERVICE, a federal agency; BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service; the UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; DOUG BURGUM, in his official capacity as Secretary of the Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR, a federal department,<br><br>    Defendants. | CV 26-78-M-KLD<br><br>ORDER |

Plaintiffs have moved for an order allowing David T. Woodsmall to appear

*pro hac vice* in this case with Matthew K. Bishop designated as local counsel.

(Doc. 3.) The application of Mr. Woodsmall appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Plaintiffs' motion to allow David T. Woodsmall to appear in this Court (Doc. 3) is **GRANTED**, subject to the following conditions:

1.      Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Mr. Woodsmall must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.      Admission is personal to Mr. Woodsmall, not the law firm he works for;

4.      Mr. Woodsmall shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.      Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Woodsmall must file, within fifteen (15) days from the date of this

Order, an acknowledgment an acceptance of his admission under the terms set forth above.

DATED this 11th day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge